UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DARION FREDERICK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 24-01402 (UNA) |
| | ) |
| ANIMATION STUDIOS, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a Complaint, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the complaint.

Plaintiff has sued Animation Studios in Burbank, California. Compl. Caption. In the one-line complaint, Plaintiff writes "Defamation and standardized purposes of character." Plaintiff alleges no facts and seeks no relief.

Complaints, as here, lacking "an arguable basis either in law or in fact" may be dismissed as frivolous, which "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation." *Neitzke v. Williams*, 490 U.S. 319, 325 (1989). Furthermore, a court must "dismiss the case at any time" it determines the action to be frivolous. 28 U.S.C. § 1915(e)(2)(B)(i). Consequently, this case will be dismissed by separate order.

TREVOR N. McFADDEN
United States District Judge

Date: July 10, 2024